1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., | Case No.: C10-0151 SC |
|---|---|
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE** |
| v. | Date:        April 30, 2010 |
| PAUL T. BECK CONTRACTORS, INC., a California corporation, | Time:        10:00 a.m. |
| | Courtroom:  1, 17th Floor |
| Defendant. | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| | Judge:       Honorable Samuel Conti |

   Plaintiffs and Defendant jointly request that the Case Management Conference currently scheduled for April 30, 2010, at 10:00 a.m. be continued for approximately ninety (90) days, as follows:

   1.   Plaintiffs and Defendant are discussing resolution of all amounts due to the Trust Funds as Defendant is in receivership. At present, it is uncertain what funds may be available.

   2.   There is nothing to discuss at a Case Management Conference at the present time as the parties are cooperating with one another to exchange information and move toward resolution.

-1-
**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**
**Case No.: C09-6098 MHP**

P:\CLIENTS\OE3CL\Paul T. Beck Contractors\Pleadings\C10-0151 SC - Joint Req to Continue CMC 042310.doc

3. In the event no informal resolution is reached, an ADR phone conference has been scheduled for April 29, 2010. The parties intend to discuss the receivership, and set a mediation or other dispute resolution hearing date to a time after the sale of the assets of the business.

4. We therefore jointly request that the Case Management Conference be continued for ninety (90) days to allow the parties ample time to resolve this matter, or in the alternative, set and participate in alternative dispute resolution.

Dated: April 23, 2010                SALTZMAN & JOHNSON
                                      LAWCORPORATION

                              By:   _____/s/_____
                                    Michele R. Stafford
                                    Attorneys for Plaintiffs

Dated: April 23, 2010                BOHNEN, ROSENTHAL & KREEFT

                              By:   _____/s/_____
                                    Andrew B. Kreeft
                                    Attorneys for Defendant

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _____July 23, 2010_____ at __10:00 a.m._____. All related deadlines are extended accordingly.

Date: __April 26, 2010_____        _____
                                      UNITED STATES DISTRICT JUDGE

[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Samuel Conti]

-2-
**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**
**Case No.: C09-6098 MHP**

P:\CLIENTS\OE3CL\Paul T. Beck Contractors\Pleadings\C10-0151 SC - Joint Req to Continue CMC 042310.doc