IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | Case No. 10-151 SC |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| PAUL T. BECK CONTRACTORS, INC., | |
| Defendant. | |

On November 9, 2010, the Court ordered Plaintiffs Gil Crosthwaite, et al. ("Plaintiffs") and Defendant Paul T. Beck Contractors, Inc. ("Defendant") to participate in court-sponsored mediation, and ordered Defendant to immediately inform Plaintiffs of the status of the receivership. ECF No. 17 ("November 9, 2010 Order"). Plaintiffs have filed a request for removal from mediation, stating that Defendant has failed to inform them of the status of the receivership. ECF No. 20.

///
///
///
///
///
///

For these reasons, the Court ORDERS Defendant's counsel to show cause in writing no later than March 1, 2011, why Defendant should not be sanctioned for failure to comply with the Court's November 9, 2010 Order.  The show-cause hearing is scheduled for March 4, 2011, at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Court-sponsored mediation is immediately stayed.

FAILURE TO COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS FOR SANCTIONS.

IT IS SO ORDERED.

Dated: February 14, 2011



UNITED STATES DISTRICT JUDGE

2