Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL T. BECK CONTRACTORS, INC., a California corporation, <br><br> Defendant. | Case No.: C10-0151 SC <br><br> **PLAINTIFFS' <s>PROPOSED</s> ORDER re DISCOVERY** <br><br> Judge:     Honorable Samuel Conti |

Plaintiffs hereby submit their Proposed Order regarding Discovery, pursuant to the Court's request at the March 4, 2011 Case Management Conference in this matter. Plaintiffs request that Defendant answer the specific interrogatories and produce the specific documents requested below. Plaintiffs also reserve the right to depose the receiver and/or the "person most knowledgeable" of Paul T. Beck in the event that the discovery responses are not adequate.

## DISCOVERY REQUESTS

1.    Identify all of the assets of Paul T. Beck at the time that the receiver was appointed in December 2009. List all assets individually, including equipment (both office and construction related), vehicles and any other real or personal property. Please identify any assets that were sold or transferred during the six (6) months preceding the appointment of the receiver.

     2.     What funds were owed to Paul T. Beck at the time that the receiver was appointed in December 2009? How much of these funds were collected? Who were they collected from and when?

     3.     Who valued and disposed of Paul T. Beck's assets? Please identify each and every asset, the value assigned to the asset, and how that value was assigned as well as the disposition of each asset.

     4.     Please identify the total funds collected by the receiver from December 2009 to present, and explain the disposition of the funds, *i.e.*, who was paid, how much, and why.

     5.     If any other entity purchased or obtained any of Paul T. Beck's assets, please identify that entity and under what terms the asset was sold or transferred. Please also identify specifically if James Beck individually or JRB Grading and Paving obtained any of the assets and under what terms.

     6.     Did Paul T. Beck have any ongoing jobs at the time that the receiver was appointed? If so, please identify all jobs, including job title/location, general contractor, owner and time period of job.

     7.     For all jobs identified in Number 6 above, who finished / completed each job? Please also identify specifically if James Beck individually or JRB Grading and Paving obtained completed any of the jobs for Paul T. Beck.

     8.     If anyone other than Paul Beck completed any of the jobs identified in Number 6 above, did they assume the contract or was a new contract executed?

     9.     For any jobs identified in Number 6 above, did Paul T. Beck get fully paid for their work on the project?

     10.     If the answer to Number 9 is "no", please explain why, including whether or not another entity completed the work and/or got paid for finishing the job.

     11.     For all assets sold or liquidated and all monies collected, and/or for the period from December 2009 to the present, please identify each and every creditor paid, the amount that the creditor received and the basis for paying that creditor.

12. Please produce any and all documents showing the collection, valuation and disposition of any of the assets or funds identified above.

### ORDER

Defendant Paul T. Beck is hereby Ordered to provide responses to the above interrogatories ~~within ____ days of the date of this Order and no later than _____, 2011~~ forthwith.

IT IS SO ORDERED.

Date:         March 16, 2011                    _____
                                                 THE HONORABLE SAMUEL CONTI

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On March 9, 2011, I served the following document(s):

**PLAINTIFFS' PROPOSED ORDER re DISCOVERY**

on the interested parties in said action by <u>First Class U.S. Mail</u> by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

*Attorney for Defendant:*

**Robert E. Rosenthal, Esq.**
**Andrew B. Kreeft, Esq.**
**BOHNEN, ROSENTHAL & KREEFT**
**787 Munras Avenue, Suite 200**
**P.O. Box 1111**
**Monterey, California 93942**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 9th day of March, 2011, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C10-0151 SC**

C:\Documents and Settings\USDC\Desktop\C10-0151 SC - Proposed Order re Discovery 030911.doc