United States District Court
For the Northern District of California

1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5            FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    GIL CROSTHWAITE, et al.,         ) Case No. 10-151 SC
                                      )
8             Plaintiffs,             ) ORDER TO SHOW CAUSE
                                      )
9         v.                          )
                                      )
10                                    )
     PAUL T. BECK CONTRACTORS, INC.,  )
11                                    )
              Defendant.              )
12                                    )
                                      )
13   _____)

14

15        On February 14, 2011, the Court ordered Defendant Paul T. Beck

16   Contractors, Inc. ("Defendant") to show cause for its failure to

17   inform Plaintiffs Gil Crosthwaite, et al. ("Plaintiffs") of the

18   status of the receivership in violation of a November 9, 2010 court

19   order.  ECF No. 21.  At the show-cause hearing, Plaintiffs argued

20   that limited discovery was required to determine Defendant's

21   current assets and which assets had been transferred to creditors

22   by the receiver.  The Court instructed Plaintiffs to submit a

23   proposed discovery order.  Plaintiffs filed such an order on March

24   9, 2011; the Court granted it on March 16, 2011, directing

25   Defendant to provide responses to interrogatories "forthwith."  ECF

26   Nos. 28, 29 ("March 16, 2011 Order").

27        On April 1, 2011, Plaintiffs filed a status update in which

28   they allege Defendant had failed to respond to the interrogatories.

1   ECF No. 30.  Defendant has not responded to this status update.

2       By failing not once, but twice, to comply with this Court's

3   orders, Defendant and its counsel have wasted the time and

4   resources of the Court and delayed the prosecution of this action.

5   Accordingly, the Court ORDERS Defendant's counsel to show cause in

6   writing no later than April 22, 2011 why Defendant and/or

7   Defendant's counsel should not be sanctioned for failure to comply

8   with the Court's March 16, 2010 Order.  The show-cause hearing is

9   scheduled for April 29, 2011, at 10:00 a.m. in Courtroom 1, on the

10  17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco,

11  California 94102.

12      FAILURE TO COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT

13  GROUNDS FOR SANCTIONS.

14

15      IT IS SO ORDERED.

16

17  Dated: April 13, 2011

18                                  _____
                                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2