Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

Robert E. Rosenthal, Esq. (SBN 67343)
Sergio H. Parra, Esq. (SBN 247682)
BOHNEN, ROSENTHAL & KREEFT
787 Munras Ave., Suite 200
PO BOX 1111
Monterey, CA 93942
(831) 649-5551
(831) 649-0272 – Facsimile

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PAUL T. BECK CONTRACTORS, INC., a California corporation,<br><br>  Defendant. | Case No.: C10-0151 SC<br><br>**STIPULATION TO VACATE ORDER TO SHOW CAUSE** |

The parties hereby stipulate as follows:

1.      On March 16, 2011, this Court issued an Order requiring Defendant to respond to certain discovery requests propounded by Plaintiffs.

2.      On April 1, 2011, Plaintiffs filed a Statement of Non-Compliance with the Court's Order.

1    3.   On April 13, 2011, this Court issued an Order to Show Cause as to why Defendant had failed to respond to Plaintiffs' discovery requests.

4.   A hearing before this Court was held on April 29, 2011 regarding the Order to Show Cause. The Court ordered that Defendant respond to the discovery requests by May 27, 2011.

5.   Defendant served responses to Plaintiffs' discovery requests on Wednesday, May 25, 2011. While some follow-up discovery is anticipated by Plaintiffs, Plaintiffs are satisfied that Defendant has properly complied with the Order to Show Cause and their obligation to respond to discovery.

6.   Therefore, the Parties hereby Stipulate that the Order to Show Cause issued by this Court on April 13, 2011, be VACATED due to Defendant's compliance with said Order.

Dated: May 26, 2011                        SALTZMAN & JOHNSON
                                            LAWCORPORATION


                                           By:   _____/s/_____
                                                 Blake E. Williams
                                                 Attorneys for Plaintiffs

Dated: May 26, 2011                        BOHNEN, ROSENTHAL & KREEFT


                                           By:   _____/s/_____
                                                 Sergio Parra
                                                 Attorneys for Defendant

IT IS SO ORDERED.

   The Order to Show Cause, issued April 13, 2011, is hereby VACATED.


Date: May 27, 2011                         _____
                                           UNITED STATES DISTRICT JUDGE