1 | Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 | San Francisco, CA 94104
(415) 882-7900
4 | (415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
5 | bwilliams@sjlawcorp.com

6 | Attorneys for Plaintiffs

7 | Robert E. Rosenthal, Esq. (SBN 67343)
Sergio H. Parra, Esq. (SBN 247682)
8 | BOHNEN, ROSENTHAL & KREEFT
787 Munras Ave., Suite 200
9 | PO BOX 1111
Monterey, CA 93942
10 | (831) 649-5551
(831) 649-0272 – Facsimile
11 |
Attorneys for Defendants
12 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., | Case No.: C10-0151 SC |
| | **STIPULATION TO ALLOW PLAINTIFFS TO FILE AMENDED COMPLAINT** |
| Plaintiffs, | |
| v. | |
| PAUL T. BECK CONTRACTORS, INC., a California corporation, | |
| Defendant. | |

The parties hereby stipulate to allow Plaintiffs to file an Amended Complaint in this matter, adding JAMES RAY BECK, individually and doing business as JRB Grading & Paving also known as JRB GRADING & PAVING, LLC, as parties, without the necessity of filing a Noticed Motion.  James Ray Beck and JRB Grading & Paving are represented by the firm of BOHNEN, ROSENTHAL & KREEFT, who have appeared in this action as counsel for Defendant Paul T. Beck Contractors, Inc.

C:\temp\notes56FD74\REVISED Stipulation to Amend Complaint 052311.doc

1    Sergio Parra, counsel for Defendant, will agree to accept service of the Amended

2 Complaint for all of the Defendants to be named in the Amended Complaint by both facsimile and

3 United States Mail.

4 Dated: May 26, 2011                          SALTZMAN & JOHNSON
                                               LAWCORPORATION
5

6                                         By:   _____/s/_____

7                                              Blake E. Williams
                                               Attorneys for Plaintiffs
8
   Dated: May 26, 2011                          BOHNEN, ROSENTHAL & KREEFT
9

10                                        By:   _____/s/_____

11                                             Sergio Parra
                                               Attorneys for Defendant
12

13 IT IS SO ORDERED.

14    Plaintiffs shall be permitted to file an Amended Complaint in this matter, adding JAMES

15 RAY BECK, individually and *dba* JRB Grading & Paving *aka* JRB GRADING & PAVING, LLC

16 as parties, without the necessity of filing a Noticed Motion.

17

18 Date:        May 27, 2011              _____

19                                        UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

-2-
**STIPULATION TO AMEND COMPLAINT**
**Case No.: C10-0151 SC**