Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

Andrew B. Kreeft, Esq. (SBN 126673)
Sergio H. Parra, Esq. (SBN 247682)
Bohnen, Rosenthal & Kreeft
787 Munras Avenue, Suite 200
Monterey, CA 93940
(831) 649-5551
(831) 649-0272 – Facsimile
akreeft@mbaylaw.com
sparra@mbaylaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL T. BECK CONTRACTORS, INC., a California corporation; JAMES RAY BECK, individually, and *dba* JRB GRADING & PAVING *aka* JRB GRADING & PAVING, LLC., a Limited Liability Company,<br><br>Defendants. | Case No.: C10-0151 SC<br><br>**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**<br><br>Date:         July 22, 2011<br>Time:        10:00 a.m.<br>Courtroom: 1, 17th Floor<br>                   450 Golden Gate Avenue<br>                   San Francisco, CA 94102<br>Judge:       Honorable Samuel Conti |

Plaintiffs and Defendants jointly request that the Case Management Conference currently scheduled for July 22, 2011, at 10:00 a.m. be continued for approximately 60 – 90 days, as follows:

-1-
**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**
Case No.: C10-0151 SC

1. On May 27, 2011, Plaintiffs filed an Amended Complaint to include Defendants James Ray Beck, individually and doing business as JRB Grading & Paving, also known as JRB Grading & Paving, LLC.

2. On June 24, 2011, Defendants filed their Answer to the Amended Complaint.

3. Earlier today, Plaintiffs filed an Administrative Motion to Consider Whether Case No. C11-0454 PJH (*Operating Engineers Health & Welfare Trust Fund v. James Ray Beck, individually, and dba JRB Grading & Paving aka JRB Grading & Paving, LLC*) should be Related Pursuant to Civil Local Rule 3-12.

4. Both parties anticipate further discovery and may wish to participate in mediation in the event that a resolution cannot be reached informally through direct negotiations.

5. If resolution cannot be reached informally, Plaintiffs will file a Motion for Summary Judgment.

6. There is nothing to discuss at a Case Management Conference at the present time as the parties are cooperating with one another to move toward resolution.

7. We therefore jointly request that the Case Management Conference be continued for 60 – 90 days to allow the parties ample time to propound further discovery, and prepare and attend mediation, or in the alternative, prepare a Motion for Summary Judgment.

Dated: July 15, 2011                         SALTZMAN & JOHNSON
                                              LAWCORPORATION

                                      By:    _____/s/_____
                                              Blake E. Williams
                                              Attorneys for Plaintiffs

Dated: July 15, 2011                         BOHNEN, ROSENTHAL & KREEFT

                                      By:    _____/s/_____
                                              Sergio H. Parra
                                              Attorneys for Defendants

-3-

1  IT IS SO ORDERED.

2      The currently set Case Management Conference is hereby continued to
3  __November 18, 2011__ at __10:00 a.m__. All related deadlines are extended
4  accordingly.

6  Date: __July 18, 2011__             _____
7                                       UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*

-3-
**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**
**Case No.: C10-0151 SC**

P:\CLIENTS\OE3CL\Paul T. Beck Contractors\Pleadings\C10-0151 SC - Joint Req to Continue CMC 071511.doc

PROOF OF SERVICE:

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 15, 2011, I served the following document(s) on the parties to this action in the manner described below:

**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**

 XX    **ELECTRONICALLY** by causing said document to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

*To:*

        Andrew B. Kreeft, Esq.
        Sergio H. Parra, Esq.
        Bohnen, Rosenthal & Kreeft
        787 Munras Avenue, Suite 200
        Monterey, California 93940
        **VIA ECF**
        *Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of July, 2011, at San Francisco, California.

                                      /s/
                                   Qui X. Lu