1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Andrew B. Kreeft, Esq. (SBN 126673)
   Sergio H. Parra, Esq. (SBN 247682)
8  Bohnen, Rosenthal & Kreeft
   787 Munras Avenue, Suite 200
9  Monterey, CA 93940
   (831) 649-5551
10 (831) 649-0272 – Facsimile
   akreeft@mbaylaw.com
11 sparra@mbaylaw.com

12 Attorneys for Defendants

13                UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 GIL CROSTHWAITE and RUSS BURNS, in their       Case No.: C10-0151 SC
   respective capacities as Trustees of the
16 OPERATING ENGINEERS' HEALTH AND                 **JOINT CASE MANAGEMENT
   WELFARE TRUST FUND, et al.,                      STATEMENT AND REQUEST FOR
17                                                   CONTINUANCE**

18          Plaintiffs,                              Date:        November 18, 2011
                                                    Time:        10:00 a.m.
19          v.                                       Courtroom:   1, 17th Floor
                                                                 450 Golden Gate Avenue
20 PAUL T. BECK CONTRACTORS, INC., a                             San Francisco, CA 94102
   California corporation; JAMES RAY BECK,         Judge:       Honorable Samuel Conti
21 individually, and *dba* JRB GRADING & PAVING
   *aka* JRB GRADING & PAVING, LLC., a Limited
22 Liability Company,

23          Defendants.

24

25          Plaintiffs and Defendants jointly request that the Case Management Conference scheduled

26 for November 18, 2011, at 10:00 a.m. be continued for approximately 45 days, as follows:

27          1.      On May 27, 2011, Plaintiffs filed an Amended Complaint to include Defendants

28 James Ray Beck, individually and doing business as JRB Grading & Paving, also known as JRB

1   Grading & Paving, LLC.

2       2.     On June 24, 2011, Defendants filed their Answer to the Amended Complaint.

3       3.     On July 15, 2011, Plaintiffs filed an Administrative Motion to Consider Whether

4   Case No. C11-0454 PJH (*Operating Engineers Health & Welfare Trust Fund v. James Ray Beck,*

5   *individually, and* dba *JRB Grading & Paving aka JRB Grading & Paving, LLC*) should be Related

6   Pursuant to Civil Local Rule 3-12.

7       4.     On July 22, 2011, the Court issued a Related Case Order, relating the two matters

8   before the Honorable Samuel Conti.

9       5.     The Parties are currently engaged in active settlement discussions and are working

10  toward an informal resolution of this Matter.  It is the consensus of the Parties that if a settlement

11  can be reached outside of Court, it will be reached in the next several weeks.  All Defendants are

12  aware that if a resolution cannot be reached informally, Plaintiffs will file a Motion for Summary

13  Judgment against all Defendants named in the Amended Complaint.

14      6.     Given the state of the Parties' settlement discussions, there is nothing to discuss at a

15  Case Management Conference at the present time.

16      7.     We therefore jointly request that the Case Management Conference be continued

17  for approximately 45 days to allow the Parties time to conclude their settlement discussions.  All

18  related deadlines (such as Rule 26 disclosures) shall also be continued along with the Case

19  Management Conference.

20  Dated: November 10, 2011            SALTZMAN & JOHNSON
                                     LAWCORPORATION

21

22                                By: _____/s/_____

23                                    Blake E. Williams
                                Attorneys for Plaintiffs

24  Dated: November 10, 2011            BOHNEN, ROSENTHAL & KREEFT

25                                By: _____/s/_____

26                                    Sergio H. Parra
                                Attorneys for Defendants

27

28

**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**
**Case No.: C10-0151 SC**

1  IT IS SO ORDERED.

2      The currently set Case Management Conference is hereby continued to

3  <u>March 9, 2012</u> at <u>10:00 a.m.</u>.   All related deadlines are extended

4  accordingly.

5

6  Date: <u>  11/14/11  </u>

7      UNITED S_____T JUDGE

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1                                    <u>PROOF OF SERVICE</u>:

2   I, the undersigned, declare:

3       I am employed in the County of San Francisco, State of California.  I am over the age of

4   eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110,

5   San Francisco, California 94104.

6       On November 10, 2011, I served the following document(s) on the parties to this action in

7   the manner described below:

8    **JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**

9   <u>XX</u>   **ELECTRONICALLY** by causing said document to be electronically filed using the
Court's Electronic Court Filing ("ECF") System and service was completed by electronic

10   means by transmittal of a Notice of Electronic Filing on the registered participants of the
ECF System.

11   *To:*

12

13                    Andrew B. Kreeft, Esq.
Sergio H. Parra, Esq.

14                    Bohnen, Rosenthal & Kreeft
787 Munras Avenue, Suite 200

15                    Monterey, California 93940
**VIA ECF**

16                    *Attorneys for Defendants*

17       I declare under penalty of perjury that the foregoing is true and correct and that this

18   declaration was executed on this 10th day of November, 2011, at San Francisco, California.

19                           _____
                               /s/

20                                 Qui X. Lu

21

22

23

24

25

26

27

28