1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Andrew B. Kreeft, Esq. (SBN 126673)
   Sergio H. Parra, Esq. (SBN 247682)
8  Bohnen, Rosenthal & Kreeft
   787 Munras Avenue, Suite 200
9  Monterey, CA 93940
   (831) 649-5551
10 (831) 649-0272 – Facsimile
   akreeft@mbaylaw.com
11 sparra@mbaylaw.com

12 Attorneys for Defendants

13                    UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the | Case No.: C10-0151 SC |
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., | **JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE** |
| Plaintiffs, | Date:        November 18, 2011 |
| v. | Time:        10:00 a.m. |
| | Courtroom:   1, 17th Floor |
| PAUL T. BECK CONTRACTORS, INC., a California corporation; JAMES RAY BECK, individually, and *dba* JRB GRADING & PAVING *aka* JRB GRADING & PAVING, LLC., a Limited Liability Company, | 450 Golden Gate Avenue San Francisco, CA 94102 |
| | Judge:       Honorable Samuel Conti |
| Defendants. | |

25       Plaintiffs and Defendants jointly request that the Case Management Conference scheduled

26 for November 18, 2011, at 10:00 a.m. be continued for approximately 45 days, as follows:

27       1.       On May 27, 2011, Plaintiffs filed an Amended Complaint to include Defendants

28 James Ray Beck, individually and doing business as JRB Grading & Paving, also known as JRB

-1-
**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**
**Case No.: C10-0151 SC**

1  Grading & Paving, LLC.

2       2.    On June 24, 2011, Defendants filed their Answer to the Amended Complaint.

3       3.    On July 15, 2011, Plaintiffs filed an Administrative Motion to Consider Whether

4  Case No. C11-0454 PJH (*Operating Engineers Health & Welfare Trust Fund v. James Ray Beck,*

5  *individually, and* dba *JRB Grading & Paving aka JRB Grading & Paving, LLC*) should be Related

6  Pursuant to Civil Local Rule 3-12.

7       4.    On July 22, 2011, the Court issued a Related Case Order, relating the two matters

8  before the Honorable Samuel Conti.

9       5.    The Parties are currently engaged in active settlement discussions and are working

10  toward an informal resolution of this Matter.  It is the consensus of the Parties that if a settlement

11  can be reached outside of Court, it will be reached in the next several weeks.  All Defendants are

12  aware that if a resolution cannot be reached informally, Plaintiffs will file a Motion for Summary

13  Judgment against all Defendants named in the Amended Complaint.

14       6.    Given the state of the Parties' settlement discussions, there is nothing to discuss at a

15  Case Management Conference at the present time.

16       7.    We therefore jointly request that the Case Management Conference be continued

17  for approximately 45 days to allow the Parties time to conclude their settlement discussions.  All

18  related deadlines (such as Rule 26 disclosures) shall also be continued along with the Case

19  Management Conference.

20  Dated: November 10, 2011          SALTZMAN & JOHNSON
                                       LAWCORPORATION
21
22                          By:  _____/s/_____
                                 Blake E. Williams
23                               Attorneys for Plaintiffs

24  Dated: November 10, 2011          BOHNEN, ROSENTHAL & KREEFT

25                          By:  _____/s/_____
26                               Sergio H. Parra
                                 Attorneys for Defendants
27

28

1    IT IS SO ORDERED.

2        The currently set Case Management Conference is hereby continued to

3    ____March 9, 2012_____ at ____10:00 a.m.____.   All related deadlines are extended

4    accordingly.

5

6    Date: ____11/14/11_____

7                                                    _____
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**
**Case No.: C10-0151 SC**

P:\CLIENTS\OE3CL\Paul T. Beck Contractors\Pleadings\C10-0151 SC - Joint Req to Continue CMC 111011.doc

1    PROOF OF SERVICE:

2    I, the undersigned, declare:

3         I am employed in the County of San Francisco, State of California.  I am over the age of

4    eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110,

5    San Francisco, California 94104.

6         On November 10, 2011, I served the following document(s) on the parties to this action in

7    the manner described below:

8    **JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**

9    __XX__    **ELECTRONICALLY** by causing said document to be electronically filed using the
     Court's Electronic Court Filing ("ECF") System and service was completed by electronic
10   means by transmittal of a Notice of Electronic Filing on the registered participants of the
     ECF System.

11   *To:*

12

13       Andrew B. Kreeft, Esq.
         Sergio H. Parra, Esq.
         Bohnen, Rosenthal & Kreeft
14       787 Munras Avenue, Suite 200
         Monterey, California 93940
15       **VIA ECF**
         *Attorneys for Defendants*

16
          I declare under penalty of perjury that the foregoing is true and correct and that this
17
     declaration was executed on this 10th day of November, 2011, at San Francisco, California.

18

19   _____/s/_____
20                   Qui X. Lu

21

22

23

24

25

26

27

28

P:\CLIENTS\OE3CL\Paul T. Beck Contractors\Pleadings\C10-0151 SC - Joint Req to Continue CMC 111011.doc