1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

| 10 | GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., | Case No.: C10-0151 SC |
|----|----|----|
| 11 | | **STIPULATION FOR ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |
| 12 | Plaintiffs, | |
| 13 | v. | |
| 14 | PAUL T. BECK CONTRACTORS, INC., a California corporation; JAMES RAY BECK, individually, and *dba* JRB GRADING & PAVING *aka* JRB GRADING & PAVING, LLC., a Limited Liability Company, | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |
| 18 | | |

19

20       Plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as

21  Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND,

22  PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING

23  ENGINEERS' HEALTH AND WELFARE FUND, OPERATING ENGINEERS AND

24  PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND

25  JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND,HEAVY AND HIGHWAY

26  COMMITTEE; and OPERATING ENGINEERS LOCAL 3 (hereinafter collectively referred to as

27  "Plaintiffs") and Defendant PAUL T. BECK CONTRACTORS, INC., a California corporation,

28  stipulate and agree as follows:

1.      Plaintiffs brought the above-captioned consolidated action against Defendant Paul T. Beck Contractors, Inc.  In this consolidated action, Plaintiffs sought the following:

a.      In case number C10-0151 SC, Plaintiffs sought the payment of delinquent contributions balances of $120,791.18, interest of at least $29,233.03, and liquidated damages of $12,742.03 due from reported hours during the period of May 2009 through December 2009, and delinquent interest of at least $5,661.91 and liquidated damages of $21,136.19 due from reported hours paid late during the period of November 2008 through April 2009, pursuant to Section 502 of the Employee Retirement Income Security Act, as amended (hereinafter "ERISA") (29 U.S.C. § 1132) and Section 301 of the Labor Management Relations Act (hereinafter "LMRA") (29 U.S.C. § 185.)  Plaintiffs also sought attorneys' fees and costs incurred in connection with this action; that this Court issue an Order directing and permanently enjoining Defendants to submit to the Trust Funds, all reports and contributions due and owing by Defendants, plus interest, attorneys' fees, and costs as provided in ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2); that this Court issue an Order permanently enjoining Defendants for so long as they remain obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit required monthly contributions reports and payments as required by the terms of the collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2), (29 § 1132(a)(3), (g)(2)); that Defendants be ordered to submit to an audit between Plaintiffs and Defendants; and that this Court retain jurisdiction of this matter to enforce the Order compelling an Audit and payment of all amount found due and owing.

2.      The Parties are desirous to settle this action and hereby stipulate and agree to settle this action under the terms set forth below.  This Stipulation for Entry of Judgment memorializes the terms agreed to by the Parties; to the extent that it differs from or varies from any previous writing between the Parties relating to the matters resolved herein, this Stipulation for Entry of Judgment shall supersede and replace such other communications and/or agreements.

3.      Defendant PAUL T. BECK CONTRACTORS, INC., a California corporation, agrees to have a Judgment entered against it as follows:

a.      Judgment is entered against Defendant Paul T. Beck Contractors, Inc. and

1  in favor of the Plaintiffs in the amount of $204,866.09, consisting of $120,791.18 in delinquent

2  contributions for hours worked by Paul T. Beck Contractors, Inc., plus $34,874.94 in interest,

3  $33,878.22 in liquidated damages, $14,493.00 in attorneys' fees, and $828.75 in costs.

4        4.     The Parties further acknowledge that by entering into this Stipulation, Plaintiffs in

5  no way waive their right to conduct an audit for the period of time covered by this action or to

6  seek payment of any contributions found due from such an audit.

7        5.     It is further stipulated and agreed this Stipulation for Entry of Judgment shall be

8  binding on all Defendant Paul T. Beck Contractors, Inc.'s successors, heirs, and assigns regardless

9  of whether Defendants change the name or style or address of the business.  This Stipulation for

10 Entry of Judgment shall not be binding on David Beck as an individual.

11       6.     The provisions set forth in this Stipulation for Entry of Judgment are not in

12 violation of any state or federal law.  However, if any portion of this Stipulation for Entry of

13 Judgment is found to be in violation of any state or federal law, Defendant Paul T. Beck

14 Contractors, Inc. agrees to have judgment entered against it in the manner outlined in Paragraph 3.

15       7.     The Parties acknowledge they have each had the opportunity to be represented by

16 independent legal counsel of their own choice throughout all of the negotiations that preceded the

17 execution of this Stipulation for Entry of Judgment.  Plaintiffs and Defendant Paul T. Beck

18 Contractors, Inc. further acknowledge that they have had adequate opportunity to perform

19 whatever investigation or inquiry each deemed necessary in connection with the subject matter of

20 this Stipulation for Entry of Judgment prior to its execution, and agree with the delivery and

21 acceptance of the considerations specified in this Stipulation for Entry of Judgment.

22       8.     This Stipulation for Entry of Judgment may be executed in counterparts.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

P:\CLIENTS\OE3CL\Paul T. Beck Contractors\Pleadings\C10-0151 SC - Stipulation for Entry 030612.doc

1    9.    The Parties mutually state that they have read this Stipulation for Entry of

2  Judgment and are fully aware of its contents and legal facts.   This Stipulation for Entry of

3  Judgment constitutes the entire agreement of the Parties and is entered into on the dates below as

4  indicated.

5   Dated: March 13, 2012          **PAUL T. BECK CONTRACTORS, INC.**

6                    By: _____/s/_____
                        David Beck
7                  Its:  President

8   Dated: March __, 2012          **OPERATING ENGINEERS TRUST FUNDS**

9                    By: _____/s/_____
                        David Hayner
10                        Collection Manager

11  **APPROVED AS TO FORM AND
    CONTENT:**
12  Dated: March 12, 2012          **BOHNEN, ROSENTHAL & KREEFT**

13                    By: _____/s/_____
                        Sergio Parra, Esq.
14                      Attorneys for Defendants

15  Dated: March 14, 2012          **SALTZMAN & JOHNSON LAW CORP.**

16                    By: _____/s/_____
                        Blake E. Williams, Esq.
17                      Attorneys for Plaintiffs

18

19

20                    [~~PROPOSED~~] ORDER

21      It is so ordered that Judgment is entered against Defendant PAUL T. BECK CONTRACTORS,

22  INC., a California corporation, as set forth in the Stipulation for Entry of Judgment.

23

24  Dated:_____3/15/12_____

25          The Honorable
            United States District Court Judge
26
            IT IS SO ORDERED
            Judge Samuel Conti
27

28
                                          -4-

P:\CLIENTS\OE3CL\Paul T. Beck Contractors\Pleadings\C10-0151 SC - Stipulation for Entry 030612.doc