IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. | ) Case No. 10-0151 SC |
| Plaintiffs, | ) <u>ORDER STAYING CASE</u> |
| v. | ) |
| PAUL T. BECK CONTRACTORS, INC., et al. | ) |
| Defendants. | ) |

On March 14, 2012, Defendant James Ray Beck, individually, and dba JRB Grading & Paving aka JRB Grading & Paving LLC ("Beck") notified the Court that Beck filed for Chapter 7 bankruptcy on December 9, 2011. The automatic bankruptcy stay prohibits the continuation of pending actions against the debtor, Beck. <u>See</u> 11 U.S.C. § 362(a)(1). Accordingly, the Court STAYS this action pending resolution of Beck's bankruptcy petition. Beck is to notify the Court of the status of his bankruptcy petition within thirty (30) days of its resolution.

IT IS SO ORDERED.

Dated: March 19, 2012

UNITED STATES DISTRICT JUDGE