United States District Court
For the Northern District of California

1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5               FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    GIL CROSTHWAITE, et al.          )  Case No. 10-0151 SC
                                      )
8              Plaintiffs,            )  ORDER STAYING CASE
                                      )  _____
9          v.                         )
                                      )
10   PAUL T. BECK CONTRACTORS, INC.,  )
     et al.                           )
11                                    )
                                      )
12             Defendants.            )
                                      )
13   ─────────────────────────────────

14        On March 14, 2012, Defendant James Ray Beck, individually, and

15   dba JRB Grading & Paving aka JRB Grading & Paving LLC ("Beck")

16   notified the Court that Beck filed for Chapter 7 bankruptcy on

17   December 9, 2011.  The automatic bankruptcy stay prohibits the

18   continuation of pending actions against the debtor, Beck.  See 11

19   U.S.C. § 362(a)(1).  Accordingly, the Court STAYS this action

20   pending resolution of Beck's bankruptcy petition.  Beck is to

21   notify the Court of the status of his bankruptcy petition within

22   thirty (30) days of its resolution.

23

24        IT IS SO ORDERED.

25

26        Dated: March 19, 2012

27                                    _____
                                      UNITED STATES DISTRICT JUDGE
28