Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

Robert E. Rosenthal, Esq. (SBN 67343)
Sergio H. Parra (SBN 247682)
Bohnen, Rosenthal & Kreeft
787 Munras Avenue, Suite 200
Monterey, CA 93940
(831) 649-5551
(831) 649-0272 – Facsimile
rrosenthal@brklegal.com
sparra@brklegal.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | Case No.: C10-0151 SC |
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL; [~~PROPOSED~~] ORDER THEREON** |
| v. | |
| PAUL T. BECK CONTRACTORS, INC., et al., | |
| Defendants. | |

1  PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs F.G. Crosthwaite, et al., and Defendants Paul T. Beck Contractors, Inc., et al., through their attorneys, stipulate to the voluntary dismissal of this action, in its entirety, without prejudice.

Dated: July 30, 2015                                **BOHNEN, ROSENTHAL & KREEFT**

By: _____/S/_____
Sergio H. Parra, Esq.
Attorneys for Defendants

Dated: July 31, 2015                                **SALTZMAN & JOHNSON LAW CORP.**

By: _____/S/_____
Shivani Nanda, Esq.
Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is hereby dismissed with prejudice, and the calendar herein is vacated.

DATED: __07/31__, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

*(Signed: Judge Samuel Conti — Seal of United States District Court, Northern District of California)*

-2-
**STIPULATION OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER THEREON**
**Case No.: C10-0151 SC**

P:\CLIENTS\OE3CL\Paul T. Beck Contractors\Pleadings\Stipulation for Dismissal 072715.doc